■ CARLOS PERALTA et al., Respondents, v ACME ENGINEERING AND MANUFACTURING CORP. et al., Defendants, and ARWIN EAST 88TH STREET Co. et al., Appellants. [703 NYS2d 717] —Order, Supreme Court, Bronx County (Michael DeMarco, J.), entered on or about December 15, 1998, unanimously affirmed for the reasons stated by DeMarco, J., without costs or

disbursements. Motion for a stay of all proceedings, including trial of the action, pending determination of the appeal denied, as academic. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach and Saxe, JJ.